

# NUMBER 13-26-00007-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**SHEVIRSKI JOHNSON,**                                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                          **Appellee.**

## ON APPEAL FROM THE 156TH DISTRICT COURT
## OF BEE COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This cause is before the Court on appellant's motion to withdraw appeal. The motion was not signed by both counsel and appellant, as required for a motion to dismiss a criminal appeal. *See* TEX. R. APP. P. 42.2(a). However, based on the trial court's findings following abatement and for good cause, we suspend the requirement that the motion be signed by appellant. *See id.* R. 2.

On December 8, 2025, appellant filed a notice of appeal attempting to appeal a judgment of conviction in trial court cause number CR2502056. After appellant failed to file a brief, we abated the appeal and remanded the matter for the trial court to determine whether appellant desired to prosecute this appeal, if the appeal had been abandoned, or whether counsel has abandoned the appeal and denied appellant effective assistance of counsel. Upon review of the trial court's findings, it appears appellant does not wish to prosecute the appeal and that the notice of appeal was mistakenly filed.

Accordingly, the appeal is hereby reinstated, the motion to withdraw appeal is granted, and, without passing on the merits of the case, the appeal is hereby dismissed.

YSMAEL FONSECA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
7th day of May, 2026.